# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EMBER IP, LLC )<br>    Plaintiff, )<br>) <br>v. )<br>)<br>MOTOROLA SOLUTIONS INC. )<br>    Defendant. ) | Civil Action No. 6:21-cv-01237<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Ember Licensing, LLC ("Ember") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 7,142,826 ("the '826 patent") (referred to as the "Patent-in-Suit") by Motorola Solutions, Inc. ("Motorola").

## I. THE PARTIES

1. Plaintiff Ember is a Texas Limited Liability Company with its principal place of business located at 3333 Preston Road STE 300 #1022, Frisco, TX 75034.

2. On information and belief, Motorola is a corporation organized and existing under the laws of the state of Delaware, with a place of business located at 2120 W. Braker Ln., Austin, TX 78758. On information and belief, Motorola sells and offers to sell products and services throughout Texas, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Texas and this judicial district. Motorola can be served with process at its registered agent, Corporation Trust Center, 1209 Orange St., Wilmington, DE, 19801 or anywhere else it may be found.

## II. JURISDICTION AND VENUE

3. This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4. This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Texas and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Texas and in this judicial district.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b). Defendant has committed acts of infringement and (1) "a physical place in the district;" (2) that is "regular and established;" and (3) is a "the place of the defendant." Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas and this District.

## III. INFRINGEMENT

### A. Infringement of the '826 Patent

6. On November 28, 2006, U.S. Patent No. 7,142,826 ("the '826 patent", included as an attachment and part of this Complaint) entitled "Portable Radio Telephone and RadioCommunication System Including Such a Radiotelephone" was duly and legally issued by the U.S. Patent and Trademark Office. Ember owns the '826 patent by assignment.

7. The '826 patent provide an apparatus and associated systems and methods for a radiotelephone.

8. Motorola designs, manufactures, markets and sells communication devivces including, but not limited to, the Motorola T62 Walkie Talkie system, that infringe one or more claims of the '826 patent, including one or more of claims 1-15, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '826 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9. Support for the allegations of infringement may be found in the following preliminary table:

| US7142826B2 | Motorola T62 Walkie Talkie ("The accused product") |
|---|---|
| 1. Portable radiotelephone comprising at least: | The accused product is a portable radiotelephone.  https://www.motorolasolutions.com/en_us.html |



https://video.motorolasolutions.com/detail/video/5728443016001/talkabout-t62-walkie-talkies-keep-you-in-touch-while-you-discover?_ga=2.7544370.1675183981.1636526248-552815545.1636526248

As shown below, the accused product is a radio telephone device.



| | |
|---|---|
| | https://www.motorolasolutions.com/content/dam/msi/docs/EA_Collaterals/ENGLISH/ConsumerRadio/talkabout_t62_datasheet_eng.pdf  https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf |
| a central processing unit, | The accused product comprises a central processing unit (e.g., SoC or processor of the accused product). Upon information and belief, the accused product comprises a processor to perform call function.  |

| | |
|---|---|
| | https://www.motorolasolutions.com/content/dam/msi/docs/EA_Collaterals/ENGLISH/ConsumerRadio/talkabout_t62_datasheet_eng.pdf |
| a transmit and receive radio circuit connected to at least one antenna, | The accused product comprises a transmit and receive radio circuit (e.g., RF transceiver) connected to at least one antenna.<br><br>![RF Energy Exposure and Product Safety Guide, Package Contents, Frequency Chart]<br><br>https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf<br><br>![Keypad Lock and Scanning instructions] |

https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

**Internal Voice Operated Transmission/Voice Operated Transmission (iVOX/VOX)**

Transmission is initiated by speaking into the microphone of the radio/audio accessory instead of pushing the PTT button.

| L3 = High Sensitivity for quiet environments |
| L2 = Medium Sensitivity for most environments |
| L1 = Low Sensitivity for noisy environments |

1. Press ▦ Menu until the **iVOX** icon appears on the display. When audio accessory is connected, the **VOX** icon will be shown. The current setting (Off, L1–L3) will flash.

https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

**Radio Control Buttons and Display**



https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

| | |
|---|---|
| a front face including a speaker, an edge substantially perpendicular to the front face, | The accused product comprises a front face (e.g., a front face of the accused product) including a speaker (e.g., speaker of the accused product), an edge (e.g., side edges perpendicular to the accused product) substantially perpendicular to the front face (e.g., a front face of the accused product).<br><br>https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf |
| a keypad that comprises at least one key, | The accused product comprises a keypad (e.g., keypad of the accused product) that comprises at least one key (e.g., call tone key). |

| | |
|---|---|
| |  https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf |
| and a necklace designed for placing around the neck of the user, said necklace being fixed to the portable radiotelephone in such a way that said portable radiotelephone positions itself automatically by gravity in a rest position when said necklace is worn around the neck of the user, the central processing unit being adapted to: | The accused product comprises a necklace designed (e.g., a lanyard) for placing around the neck of the user (e.g., a user of the accused product), said necklace (e.g., lanyard) being fixed to the portable radiotelephone (e.g., the accused product) in such a way that said portable radiotelephone (e.g., the accused product) positions itself automatically by gravity in a rest position when said necklace (e.g., lanyard) is worn around the neck of the user.<br><br>As shown below, Motorola provides a lanyard for the accused product. The accused product can be placed as a necklace around the neck of a user with the help of lanyard. The lanyard makes the accused product at rest position by gravity. |

| | |
|---|---|
| | <br><br>https://video.motorolasolutions.com/detail/video/5728443016001/talkabout-t62-walkie-talkies-keep-you-in-touch-while-you-discover?_ga=2.7544370.1675183981.1636526248-552815545.1636526248<br><br><br><br>https://www.lanyardsusa.com/knowledge/what-is-lanyards |
| on receiving an incoming call, establish a communication when a user presses at least one key, | The accused product comprises a central processing unit (e.g., SoC or processor of the accused product) which practices on receiving an incoming call, establish a communication when a |

user (e.g., a user of the accused product) presses at least one key (e.g., Power key).

As shown, the user can receive incoming calls only when the user presses the power key to power on the device and when the PTT button is in released state.



https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

| | |
|---|---|
| | **Turning your Radio On and Off**<br>Press and hold the Power button to turn the radio on or off.<br>1. In the on position, the radio chirps and briefly shows all feature icons available on the radio.<br>2. The display screen then shows the current channel, code, and all features that are enabled.<br><br>https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf<br><br>**Talking and Listening**<br>All radios in your group must be set to the same channel and Sub-Code in order to communicate.<br>1. Hold your radio 2–3 cm from your mouth.<br>2. Press and hold the PTT button while speaking. The Transmit Tx icon appears on the display.<br>3. Release the PTT button. You can now receive incoming calls. When you do, the Receive Rx icon appears on the display.<br>For maximum clarity, hold the radio 2 to 3 cm away and avoid covering the microphone while talking.<br><br>https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf |
| and when the user presses at least one key when there is no incoming call, call at least one predetermined telephone address, | The accused product comprises a central processing unit (e.g., SoC or processor of the accused product) which practices such that when the user (e.g., a user of the accused product) presses at least one key (e.g., a call tone key, PTT button, etc.) when there is no incoming call, call at least one predetermined telephone address (e.g., calling a telephone with same channel and sub-code). |



https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

## Setting and Transmitting Call Tones

Your radio can transmit different call tones to other radios in your group so you can alert them that you want to talk. Your radio has 20 call tones for you to choose from.

**To set a call tone:**

1. Press ▦ Menu until the Call Tone ♪ icon appears. The current call tone setting will flash.
2. Press ✚ or ▬ to change and listen to the call tone.
3. Press the PTT button to exit menu or ▦ Menu to continue set up.

In order to transmit your call tone to other radios, set up the same channel and Sub-Code on your radio and press ♪ Call Tone.

https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf



https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

### Talking and Listening

All radios in your group must be set to the same channel and Sub-Code in order to communicate.

1. Hold your radio 2–3 cm from your mouth.
2. Press and hold the PTT button while speaking. The Transmit Tx icon appears on the display.
3. Release the PTT button. You can now receive incoming calls. When you do, the Receive Rx icon appears on the display.

For maximum clarity, hold the radio 2 to 3 cm away and avoid covering the microphone while talking.

https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf

| | |
|---|---|
| wherein a microphone is located on the radiotelephone and the microphone and the speaker are designed to let the user use the radiotelephone to communicate without moving said radiotelephone from said rest position when said radiotelephone is worn around the neck of the user. | The accused product comprises the elements such that a microphone (e.g., microphone of the accused product) is located on the radiotelephone (e.g., the accused product) and the microphone (e.g., microphone of the accused product) and the speaker (e.g., loudspeaker) are designed to let the user (e.g., a user of the accused product) use the radiotelephone (e.g., the accused product) to communicate without moving said radiotelephone (e.g., the accused product) from said rest position when said radiotelephone is worn around the neck (e.g., the accused product with lanyard) of the user.<br><br>As shown below, the accused product comprises a microphone and a speaker. Upon information and belief, a user can communicate without moving the accused product from a rest position when used with a lanyard.<br><br><br><br>https://www.motorolasolutions.com/content/dam/msi/docs/products/two-way-radios/consumer/t62/t62_user_manual.pdf |



https://video.motorolasolutions.com/detail/video/5728443016001/talkabout-t62-walkie-talkies-keep-you-in-touch-while-you-discover?_ga=2.7544370.1675183981.1636526248-552815545.1636526248



### What Is A Lanyard? 5 Favorite Uses

Lanyards have been popular for decades. We just never stop needing them in business and day to day use.

#### What Is A Lanyard?

In case you don't know what a lanyard is from the image above: A lanyard is a length of material that is sewn in a loop and then fitted with a hook or a clip on the end, this is worn around the neck like a necklace with your ID badge or keys hanging from the end fitting. Lanyards are made from various materials however polyester is the big favorite among companies looking for something comfortable and affordable at the same time.

https://www.lanyardsusa.com/knowledge/what-is-lanyards

10. These allegations of infringement are preliminary and are therefore subject to change. For instance, there are other of Defendant's products that infringe.

11. Motorola has and continues to induce infringement. Motorola has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., wireless communication products/devices) such as to cause infringement of one or more of claims 1–15 of the '826 patent, literally or under the doctrine of equivalents. Moreover, Motorola has known of the '826 patent and the technology underlying it from at least the date of issuance of the patent or the date of the filing of this lawsuit.

12. Motorola has and continues to contributorily infringe. Motorola has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., wireless communication products/devices) such as to cause infringement of one or more of claims 1–15 of the '826 patent, literally or under the doctrine of equivalents. Moreover, Motorola has known of the '826 patent and the technology underlying it from at least the date of issuance of the patent or the date of the filing of this lawsuit.

13. Motorola has caused and will continue to cause Ember damage by direct and indirect infringement of (including inducing infringement of) the claims of the '826 patent.

## IV.    JURY DEMAND

Ember hereby requests a trial by jury on issues so triable by right.

## V.    PRAYER FOR RELIEF

WHEREFORE, Ember prays for relief as follows:

a.   enter judgment that Defendant has infringed the claims of the '826 patent;

b. award Ember damages in an amount sufficient to compensate it for Defendant's infringement of the '826 patent in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c. award Ember an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award Ember its attorneys' fees, expenses, and costs incurred in this action;

e. declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f. a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g. award Ember such other and further relief as this Court deems just and proper.

DATED: November 30, 2021

Respectfully submitted,

RAMEY & SCHWALLER, LLP

*/s/William P. Ramey, III*
William P. Ramey, III *(pro hac vice anticipated)*
Texas Bar No. 24027643

Donald Mahoney *(pro hac vice anticipated)*
Texas Bar No. 24046336
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com
tmahoney@rameyfirm.com

***Attorneys for Ember Licensing, LLC***